### HOWE v. GILLESPIE.

(Circuit Court · of Appeals, Eighth Circuit. September 22, 1919.)

#### No. 5343.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

Suit by E. N. Gillespie against R. F. Howe. From a decree for complainant, defendant appeals. Affirmed.

John B. Arnold, of New York City, and P. W. Cress, of Perry, Okl., for appellant.

Robert J. Dodds, of Pittsburgh, Pa., and C. B. Ames, of Oklahoma City, Okl. (W. A. Sipe, Jr., of Tulsa, Okl., on the brief), for appellee.

Before HOOK and STONE, Circuit Judges, and AMIDON, District Judge.

STONE, Circuit Judge. This is another of the cases tried with Washburn v. Gillespie, 261 Fed. 41, —— C. C. A. ——, determined at this term. The contentions are the same, except that this appellant claims that his lease was to be the same as that given by Frank Wright and involved in Frank Wright v. E. N. Gillespie, 261 Fed. 46, —— C. C. A. ——, also decided at this term. The trial court found against this claim, and a thorough examination of the evidence reveals no substantial reason for disturbing that conclusion.

The decree is affirmed.

---

### O'DONNELL v. GILLESPIE.

(Circuit Court of Appeals, Eighth Circuit. September 22, 1919.)

#### No. 5347.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

Suit by E. N. Gillespie against Dennis O'Donnell. From a decree for complainant, defendant appeals. Affirmed.

John B. Arnold, of New York City, and P. W. Cress, of Perry, Okl., for appellant.

Robert J. Dodds, of Pittsburgh, Pa., and C. B. Ames, of Oklahoma City, Okl. (W. A. Sipe, Jr., of Tulsa, Okl., on the·brief), for appellee.

Before HOOK and STONE, Circuit Judges, and AMIDON, District Judge.

STONE, Circuit Judge. This is another of the similar cases tried with Washburn v. Gillespie, 261 Fed. 41, —— C. C. A. ——, decided at this term. The contentions are embraced in those determined in the case of Washburn and the case of Wright v. Gillespie, 261 Fed. 46, —— C. C. A. ——, also decided at this term. The additional claim that the lease was to have been like the Wright lease and was to be nonassignable was determined adversely by the trial court, with whose conclusion we agree.

The decree should be affirmed.